

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Waylon Cord White, Appellant

No. 06-24-00196-CR          v.

The State of Texas, Appellee

Appeal from the 102nd District Court of Bowie County, Texas (Tr. Ct. No. 23F1257-102).   Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin.   Memorandum Opinion delivered by Justice van Cleef.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below.  Therefore, we modify the trial court's judgment of conviction nunc pro tunc to reflect that the "Statute for Offense" is Section 22.021(f)(1) of the Texas Penal Code. As modified, we affirm the judgment of the trial court.

We note that the appellant, Waylon Cord White, has adequately indicated his inability to pay costs of appeal.  Therefore, we waive payment of costs.

RENDERED SEPTEMBER 15, 2025
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk